UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER HAIGH,

Plaintiff,

-against-

GRAYSONS SOLICITORS LLP; BANNER
JONES SOLICITORS,

Defendants.

25-CV-8503 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action, under the Court's diversity of citizenship jurisdiction, 28 U.S.C. § 1332. The Court dismisses the complaint without prejudice for the following reasons.

Plaintiff has previously submitted a substantially similar complaint against the same Defendants, and that matter is pending under docket number 25-CV-8313. A plaintiff generally has no right to maintain multiple actions "involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. Calif. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008) (internal quotation marks omitted). District courts thus have discretion to dismiss a later-filed action that is duplicative of proceedings already before it. *Id.*; *see also Humphrey v. Ct. Clerk ex rel. U.S. Sup. Ct.*, No. 5:11-CV-0938, 2012 WL 264603, at *3 (N.D.N.Y. Jan. 30, 2012) (holding that "dismissal of an action as duplicative has been found to fall within the ambit of the Court's power to dismiss a complaint . . . pursuant to 28 U.S.C. § 1915(e)").

As this complaint raises the same claims that area already pending against the same Defendants, no useful purpose would be served by litigating this duplicate lawsuit. Therefore,

this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-8313 (LTS).

## CONCLUSION

Plaintiff's complaint is dismissed without prejudice as duplicative of his complaint in the action under docket number 25-CV-8313 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    December 17, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2